Case 6:25-mj-00022-HBK    Document 5    Filed 06/25/25    Page 1 of 1

AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

UNITED STATES OF AMERICA,

v.

CODY RAY HARRIS,

Case No. 6:25-MJ-00022-HBK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing on 6/25/2025 before 4:00 PM and report to the Pretrial Services Office in Fresno on 6/25/2025 for an interview. Conditions of release are subject to modification after interview with Pretrial Services

(5) The defendant must appear at:   U.S. District Court, Yosemite by ZOOM
                                    *Place*

Before Magistrate Judge Helena Barch-Kuchta
on    6/26/2025 at 3:00 PM
      *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/24/2025

*Defendant's signature*

Date: 6/24/2025

*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*